PHILLIP A. TALBERT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00153-SAB |
| Plaintiff, | [Citation #F4853792 CA/4B] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| Agostino Bommarito, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00153-SAB [Citation #F4853792] against Agostino Bommarito without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 15, 2017            Respectfully submitted,

                                          PHILLIP A. TALBERT
                                        United States Attorney

                            By:   /s/ Darin Rock
                                        DARIN ROCK
                                        Special Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00153-SAB [Citation #F4853792] against AGUSTINO BOMMARITO be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**August 15, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE